

One Commerce Plaza
Albany, New York 12260
518.487.7600 phone
518.487.7777 fax

Erin M. Callahan
Partner
518.487.7659 phone
ecallahan@woh.com

February 28, 2023

**VIA CM/ECF AND ELECTRONIC MAIL**
Hon. John L. Sinatra, Jr.
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202
sinatra@nywd.uscourts.gov

      Re:    *Grand'Maison, M.D. v Roswell Park Comprehensive Cancer Center et al.*
               Index No. 1:23-cv-00099-JLS

Dear Judge Sinatra:

      This firm represents Defendant Health Research, Inc. ("HRI"), identified as "Health Research, Inc. Roswell Park Division" in the above referenced matter. In accordance with Federal Rule of Civil Procedure 6(b), and your Honor's local rules, HRI respectfully requests that its time to file responsive pleadings be extended to March 28, 2023. Counsel for Plaintiff consents to this extension request.

                                            Respectfully Submitted,

                                            Erin M. Callahan

cc:    All Counsel of Record (via CM/ECF)