UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

ANNE GRAND'MAISON, M.D.,

      Plaintiff,

  v.

ROSWELL PARK COMPREHENSIVE CANCER CENTER; CANDACE JOHNSON, Ph.D., in her individual and professional capacities; RENIER BRENTJENS, M.D., Ph.D., in his individual and professional capacities; CARL MORRISON, M.D., DVM, in his individual and professional capacities; JOHN KANE III, M.D., in his individual and professional capacities; and ERROL DOUGLAS, Ph.D., in his individual and professional capacities,

      Defendant.
_____

**NOTICE OF APPEARANCE**

Civil Action No.:
1:23-cv-00099

**PLEASE TAKE NOTICE** that Tara M. Ward, Esq., an attorney at the law firm of Phillips Lytle LLP, hereby enters her appearance in this action as counsel of record for Defendants Roswell Park Comprehensive Cancer Center; Candace Johnson, Ph.D.; Renier Brentjens, M.D., Ph.D.; Carl Morrison, M.D., DVM; John Kane III, M.D.; and Errol Douglas, Ph.D., and requests that all papers and electronic filings in this action also be served upon the undersigned electronically and/or at the post office address below.

Dated: Rochester, New York
       July 25, 2023

PHILLIPS LYTLE LLP

By: /s/ Tara M. Ward
    Tara M. Ward
Attorneys for Defendants
*Roswell Park Comprehensive Cancer Center, Candace Johnson, Renier Brentjens, Carl Morrison, John Kane III, and Errol Douglas*
28 East Main Street, Suite 1400
Rochester, NY 14614-1935
Telephone No. (585) 238-2000
tward@phillipslytle.com

cc: All counsel of record (via ECF)