

**Phillips Lytle** LLP

Via ECF                                                                                                                    February 19, 2024

Hon. Michael J. Roemer
United States District Court
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

Re:   *Grand'Maison, M.D. v. Roswell Park Comprehensive Cancer Center, et al.*
      Case No. 1:23-cv-00099

Dear Judge Roemer:

We represent the Defendants and write pursuant to your local rules regarding discovery disputes. Defendants are requesting the Court's assistance in resolving their request for Plaintiff to produce responsive documents and revised interrogatory responses in this case.

By way of background, Defendants served Plaintiff with a First Request for Production of Documents and First Set of Interrogatories on May 24, 2023. Plaintiff responded to those demands on June 23, 2023 and July 5, 2023, respectively. In these responses, Plaintiff noted she would produce "all non-privileged, non-objectionable, relevant documents responsive to the Defendants' document requests;" however, no documents were in fact produced. Defendants demanded Plaintiff produce these documents and accompanying privilege log again on August 21, 2023 and most recently on January 29, 2024. To date, Plaintiff has not produced a single document since commencing this action against the Defendants on January 31, 2023.

Defendants also wrote to Plaintiff regarding deficiencies in her interrogatory responses, setting a deadline for responses on February 14, 2024. Defendants have not received any amended or supplemental interrogatory responses.

ATTORNEYS AT LAW

AMANDA L. LOWE   PARTNER   DIRECT 716 504 5747   ALOWE@PHILLIPSLYTLE.COM

ONE CANALSIDE 125 MAIN STREET BUFFALO, NEW YORK 14203-2887 PHONE (716) 847-8400 FAX (716) 852-6100 | PHILLIPSLYTLE.COM
NEW YORK: ALBANY, BUFFALO, CHAUTAUQUA, GARDEN CITY, NEW YORK, ROCHESTER | CHICAGO, IL | WASHINGTON, DC | CANADA: WATERLOO REGION



Hon. Michael J. Roemer  
Page 2

February 19, 2024

Alternatively, Defendants request permission to file a motion to compel regarding this dispute. Of note, under the current scheduling order (Dck. No. 42), motions to compel discovery are due by February 26, 2024.

Very truly yours,

Phillips Lytle LLP

Amanda L. Sowe

Amanda L. Lowe

ALL

cc: David E. Gottlieb, Esq. (via ECF and email)