UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

ANNE GRAND'MAISON, M.D.,

               Plaintiff,

          v.

ROSWELL PARK COMPREHENSIVE CANCER
CENTER; CANDACE JOHNSON, Ph.D., in her
individual and professional capacities; RENIER
BRENTJENS, M.D., Ph.D., in his individual and
professional capacities; CARL MORRISON, M.D.,
DVM, in his individual and professional capacities;
JOHN KANE III, M.D., in his individual and
professional capacities; and ERROL DOUGLAS,
Ph.D., in his individual and professional capacities,

               Defendants.

_____

**NOTICE OF
MOTION TO SEAL**

Civil Action No.:
1:23-cv-00099

        PLEASE TAKE NOTICE that, upon the accompanying declaration of Amanda L. Lowe, dated June 14, 2024, with exhibits; and the supporting memorandum of law dated June 14, 2024, Defendants Roswell Park Comprehensive Cancer Center, Candace Johnson, Renier Brentjens, Carl Morrison, John Kane and Errol Douglas will move this Court before the Hon. Michael J. Roemer, United States District Judge, at the Robert H. Jackson Courthouse, 2 Niagara Square, Buffalo, New York 14202, on a date and time to be set by the Court for an Order:

        1.     Pursuant to L. Civ. R. 5.3(c), to file under seal a Proposed ESI Order and Protocol; and

        2.     Granting such other and further relief as the Court deems just and proper.

Dated:  Buffalo, New York
       June 14, 2024

PHILLIPS LYTLE LLP

By: _s/ Amanda L. Lowe_____
     Amanda L. Lowe
     Emma P. Murphy
Attorneys for Defendants
*Roswell Park Comprehensive Cancer Center,*
*Candace Johnson, Renier Brentjens, Carl*
*Morrison, John Kane III, and Errol Douglas*
One Canalside
125 Main Street
Buffalo, New York 14203
Telephone No. (716) 847-8400
Facsimile No. (716) 852-6100
alowe@phillipslytle.com
emurphy@phillipslytle.com

TO:    All Counsel of Record via CM/ECF

Doc #11959803.1