UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ANNE GRAND'MAISON, M.D.,

        Plaintiff,

v.

ROSWELL PARK COMPREHENSIVE CANCER
CENTER; CANDACE JOHNSON, Ph.D., in her
individual and professional capacities; RENIER
BRENTJENS, M.D., Ph.D., in his individual and
professional capacities; CARL MORRISON, M.D.,
DVM, in his individual and professional capacities;
JOHN KANE III, M.D., in his individual and
professional capacities; and ERROL DOUGLAS,
Ph.D., in his individual and professional capacities,

        Defendants.
_____

**NOTICE OF**
**MOTION TO SEAL**

Civil Action No.:
1:23-cv-00099

PLEASE TAKE NOTICE that, upon the accompanying declaration of Amanda L. Lowe, dated February 26, 2026, with exhibits; and the supporting memorandum of law dated February 26, 2026, Defendants Roswell Park Comprehensive Cancer Center, Candace Johnson, Renier Brentjens, Carl Morrison, John Kane and Errol Douglas will move this Court before the Hon. Michael J. Roemer, United States District Judge, at the Robert H. Jackson Courthouse, 2 Niagara Square, Buffalo, New York 14202, on a date and time to be set by the Court for an Order:

    1.    Pursuant to L. Civ. R. 5.3(c), to file under seal the following exhibits designated confidential and containing protected health information in support of Defendants' Motion for Summary Judgment;

        a.  part one of Dr. Grand'Maison's patient summaries;

      b. part two of Dr. Grand'Maison's patient summaries;

      c. the confidential report of Defendants' retained expert Dr. Phillip Michaels;

      d. the confidential expert deposition excerpts of Defendant and non-retained expert, Dr. John Kane; and

      e. the confidential expert deposition excerpts of Defendant and non-retained expert, Dr. Carl Morrison.

2. Granting such other and further relief as the Court deems just and proper.

Dated: Buffalo, New York
February 26, 2026

PHILLIPS LYTLE LLP

By: /s/ Amanda L. Lowe
    Amanda L. Lowe
    Emma P. Murphy
    Jacob D. Lewis
Attorneys for Defendants
*Roswell Park Comprehensive Cancer Center, Candace Johnson, Renier Brentjens, Carl Morrison, John Kane III, and Errol Douglas*
One Canalside
125 Main Street
Buffalo, New York 14203
Telephone No. (716) 847-8400
Facsimile No. (716) 852-6100
alowe@phillipslytle.com
emurphy@phillipslytle.com
jlewis@phillipslytle.com

TO:    All Counsel of Record via CM/ECF

Doc #13246521