**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

--------------------------------------------------------------- X

ANNE GRAND'MAISON, M.D.,                          :
                                                                            :
                                        Plaintiff,              :        Civil Action No. 23 Civ. 00099
                                                                            :        (JLS)(MJR)
                v.                                                      :
                                                                            :
ROSWELL PARK COMPREHENSIVE CANCER      :
CENTER; CANDACE JOHNSON, Ph.D., in her       :
individual and professional capacities; RENIER    :        **NOTICE OF**
BRENTJENS, M.D., Ph.D., in his individual and     :        **MOTION TO SEAL**
professional capacities; CARL MORRISON, M.D.,   :
DVM, in his individual and professional capacities; :
JOHN KANE III, M.D., in his individual and          :
professional capacities; and ERROL DOUGLAS,      :
Ph.D., in his individual and professional capacities, :
                                                                            :
                                        Defendants.           :
--------------------------------------------------------------- X

**PLEASE TAKE NOTICE,** that upon the accompanying declaration of David E.

Gottlieb, dated April 10, 2026, and the supporting Memorandum of Law, dated April 10, 2026,

Plaintiff Anne Grand'Maison ("Plaintiff"), by and through her undersigned counsel, will move

this Court, at the United States District Court, Western District of New York, 2 Niagara Square,

Buffalo, New York 14202, at a date and time set at the Court's earliest convenience, to

respectfully request an Order:

1.      Pursuant to L. Civ. R. 5.3(c) and Dkt. No. 56, the duly-entered HIPAA protective

order in this matter, to file under seal the following exhibits designated confidential and

containing protected health information in opposition to Defendants' Motion for Summary

Judgment: Exhibits 1, 5, 11, 18, 19, 27, 30, 37, 39, 40, and 56.

2.      Granting such other and further relief as the Court deems just and proper.

2

Dated: April 10, 2026
New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: _____
    David E. Gottlieb
    William Baker

85 Fifth Avenue
New York, New York 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
dwigdor@wigdorlaw.com
wbaker@wigdorlaw.com

*Counsel for Plaintiff*

2